UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | |
| Plaintiff(s), | ) | No. C 07-3518 BZ |
| v. | ) | |
| JUDGE HAMILTON, | ) | **REPORT AND RECOMMENDATION TO** |
| Defendant(s). | ) | **DISMISS PLAINTIFF'S COMPLAINT** |

On August 3, 2007, I denied plaintiff's application to proceed *in forma pauperis*. I granted plaintiff leave to amend his complaint by August 27, 2007. I warned plaintiff that if he did not comply with my order, his complaint would be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). To date, plaintiff has failed to comply with my order or otherwise communicate with the court.

Plaintiff has not consented to the jurisdiction of a United States Magistrate Judge. It is **ORDERED** that this case be reassigned to a United States District Judge. For the

1

reasons set forth here and in the August 3, 2007 Order, I recommend that plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted.

Dated: September 17, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Rodriguez v. Hamilton\REPORT.REC.DISMISS.PLTFS.COMPLAINT.wpd

2