UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>JUDGE HAMILTON,<br><br>       Defendant. | No. 07-3518 BZ<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated September 17, 2007, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: September 17, 2007

                                      Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\Rodriguez v. Hamilton\REASSIGNMENT.ORD.wpd

1