**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, | No. C07-03518 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |
| v. | |
| JUDGE HAMILTON, | |
| Defendant. | |

On September 17, 2007, Magistrate Judge Zimmerman issued a Report and Recommendation ("R&R"). (Docket No. 5.) No objections to the R&R have been received. The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and, pursuant to 28 U.S.C. § 1915(e)(2)(B), **DISMISSES** Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The Clerk is **DIRECTED** to terminate all pending deadlines and close the file.

**IT IS SO ORDERED.**

Dated: October 17, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE